**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ORLANDER GLENN JOHNSON,** | ) | |
| **#6022017,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:07-CV-0170-N |
| | ) | |
| **WILLIAM T. KNOX, et al.,** | ) | |
| Defendants. | ) | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are accepted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants William Knox and J. Dewald be DISMISSED with prejudice as frivolous, *see* 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), and that PROCESS be issued on Plaintiff's claims of false arrest and illegal search and seizure against Dallas Police Officer Mario Castanon,

IT IS FURTHER ORDERED that the Clerk shall issue SUMMONS for Dallas Police Officer Mario Castanon, Badge #6785, Dallas Police Department Headquarters, 1400 S. Lamar St., Dallas, Texas 75215, and deliver the same to the United States Marshal for service of process pursuant to Rule 4, Federal Rules of Civil Procedure, along with a copy of the complaint, and the recommendation of the Magistrate Judge.

The Clerk will mail a copy of this order to Plaintiff.

SIGNED July 5, 2007.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE